UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. OLEACHEA, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2372 KJM AC P<br><br><br>ORDER |

By order filed July 17, 2018, this court granted plaintiff's request to proceed in forma pauperis and directed the Clerk of Court to refund the full filing fee paid on plaintiff's behalf on November 19, 2015. See ECF No. 18. The court noted that the fee was paid by Delia Dixon, and directed the court's financial department to rely on its routine procedures in providing the refund. Id. at 2 n.1. The financial department has now informed the undersigned that a refund can be provided only to Delia Dixon (not plaintiff), only by reversal of the charges to her credit card, and only if Delia Dixon reports in person to the Clerk's Office intake counter.[1] The court has no other means to make the refund and has no contact information for Delia Dixon. Therefore, on receipt of this order, plaintiff should forward a copy to Delia Dixon, who should bring a copy of this

---

[1] The intake counter for this court's Clerk of Court is located on the fourth floor of the United States District Court, 501 I Street, Sacramento CA 95814.

1

1 | order to the Clerk's Office intake counter, together with identification and the credit card used to
2 | make the payment, at her earliest convenience.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1. The refund of plaintiff's filing fee ($400), as directed by order filed July 17, 2018
5 | (ECF No. 18), shall be made by crediting Delia Dixon's credit card when she makes such request
6 | in person at this court's Clerk's Office intake counter.
7 |     2. Should Delia Dixon fail to obtain the refund prior to the close of this case, the fee shall
8 | remain paid notwithstanding plaintiff's in forma pauperis status.
9 |     IT IS SO ORDERED.
10 | DATED: July 27, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE