UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVID OLEACHEA, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On August 1, 2018, the court ordered the United States Marshal to serve the complaint on each of the three defendants. Two defendants were served and have appeared in this action. However, process directed to defendant R. Sandoval was returned unserved because "not an employee of CDCR." Plaintiff must provide additional information to serve this defendant. Plaintiff may seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is unreasonably denied or delayed, plaintiff may request judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed August 3, 2016 (ECF No. 8);

2. Within thirty (30) days after the filing date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Sandoval; and

    b. Two copies of the endorsed amended complaint filed August 3, 2016.[1]

3. Alternatively, plaintiff shall show good cause why he cannot provide the information necessary to serve process on defendant Sandoval.

4. Failure of plaintiff to timely provide the required documents and information will result in a recommendation that defendant Sandoval be dismissed from this action without prejudice.

DATED: November 26, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff previously submitted a completed summons form.

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  NATHANIEL DIXON,                  No. 2:15-cv-2372 KJM AC P
12              Plaintiff,
13        v.                          NOTICE OF SUBMISSION OF
                                      DOCUMENTS
14  DAVID OLEACHEA, et al.,
15              Defendants.
16
17       Plaintiff hereby submits the following documents in compliance with the court's order
18  filed _____:
19
20       ____      One completed USM-285 form for defendant Sandoval
21       ____      Two copies of the First Amended Complaint (ECF No. 9)
22
23
24  _____    _____
    Date                                Plaintiff
25
26
27
28
                                          1