UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| DAVID OLEACHEA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Due to the many delays in serving process on all defendants – defendants Hall and Oleachea have appeared in this action, but defendant Sandoval has not yet been served – this order directs plaintiff and defendants Hall and Oleachea to refrain from filing additional matters in this case until further order of this court.

Defendants Hall and Oleachea have filed separate motions to dismiss, filed on August 6, 2018, and November 14, 2018, respectively. ECF Nos. 27, 37. By order filed August 21, 2018, this court directed plaintiff to refrain from filing his opposition to defendant Hall's motion until further order of the court because "the interests of judicial economy support deferred consideration of any dispositive motion until all defendants have been served and appeared in this action (or reasonable efforts at attempted service have proven unsuccessful)." ECF No. 30 at 1. Nevertheless, plaintiff filed an opposition to defendant Hall's motion, which he had prepared and

signed on August 22, 2018.  ECF No. 33.

      Service of defendant Sandoval has been ordered, but not yet accomplished.  <u>See</u> ECF No. 39.  Accordingly, the court continues to find it appropriate to defer consideration of the pending motions.  Once it becomes clear whether defendant Sandoval is, or is not, proceeding in this case, the court will issue an order directing further and final briefing on the pending motions to dismiss; that order will include briefing on any similar motion filed by defendant Sandoval in response to service of process.

      Accordingly, IT IS HEREBY ORDERED that:

    1. The parties are directed to refrain from filing or serving further briefing on the pending motions to dismiss filed by defendants Hall and Oleachea, until further order of this court.

    2. Plaintiff's deadline for submission of service documents for defendant Sandoval remains December 27, 2018.  ECF No. 39.  Failure to timely provide the required documents and information will result in a recommendation that Sandoval be dismissed from this action without prejudice.

DATED: December 11, 2018

                                         */s/ Allison Claire*
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE