UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. OLEACHEA, et al., | |
| Defendants. | |

By orders filed August 21, 2018, and December 11, 2018, this court suspended briefing on the motions to dismiss filed by defendants Hall and Oleachea. See ECF No. 30, 40. The court now sets the following briefing schedule. Because plaintiff prepared and filed an opposition to defendant Hall's motion prior to receiving the court's first order, see ECF No. 33, he will be provided the choice of relying on that opposition or filing a new opposition that supersedes the original.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, on or before January 25, 2019, file and serve an opposition to the motion to dismiss filed by defendant Oleachea;
2. Plaintiff shall, on or before January 25, 2019, file either:
    a. A new, superseding opposition to the motion to dismiss filed by defendant Hall, or

      b. A notice that he chooses to rely on his original opposition in response to Hall's motion (ECF No. 33);

3. Defendants Hall and Oleachea may, on or before February 8, 2019, file and serve their respective replies to plaintiff's separate oppositions.

IT IS SO ORDERED.

DATED: January 9, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE