UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON,<br><br>  Plaintiff,<br><br>  v.<br><br>D. OLEACHEA, et al.,<br><br>  Defendants. | No. 2:15-cv-2372 KJM AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to the motion to dismiss filed by defendant Oleachea (ECF No. 37) and a new superseding opposition to the motion to dismiss filed by defendant Hall (ECF No. 27). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 43) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion to dismiss filed by defendant Oleachea (ECF No. 37) and a new superseding opposition to the motion to dismiss filed by defendant Hall (ECF No. 27).

3. Defendants' replies, if any, shall be filed within seven days after plaintiff files his oppositions.

DATED: January 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE