UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON,<br><br>  Plaintiff,<br><br>  v.<br><br>D. OLEACHEA, et al.,<br><br>  Defendants. | No. 2:15-cv-2372 KJM AC P<br><br>ORDER |

By order filed March 29, 2019, the district judge granted in part, and denied in part, the motions to dismiss filed by defendants Hall and Oleachea. See ECF No. 49. The district judge ruled that this action shall proceed on plaintiff's Eighth Amendment claim for excessive force and First Amendment retaliation claim against defendant Oleachea, and plaintiff's Eighth Amendment failure-to-protect claim against defendant Hall. Id. Defendants, who are represented by separate counsel, shall now be required to file their respective answers to plaintiff's First Amended Complaint, as construed and narrowed by the court.

Accordingly, IT IS HEREBY ORDERED that defendants shall, on or before Friday, May 24, 2019, file and serve their respective answers to plaintiff's First Amended Complaint.

DATED: April 15, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE