UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. OLEACHEA, et al., | |
| Defendants. | |

On December 9, 2019, the Magistrate Judge issued an order denying plaintiff's motion for extended time to propound discovery. On January 6, 2020, plaintiff filed a motion for reconsideration of that order. Local Rule 303(b) states that "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of December 9, 2019 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration, ECF No. 73, is denied.

DATED: January 9, 2020.

CHIEF UNITED STATES DISTRICT JUDGE