UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID OLEACHEA, et al.,<br><br>　　　　Defendants. | No.  2:15-cv-2372 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff has filed a motion for extended time to file and serve an opposition to defendant Hall's May 15, 2020 motion for summary judgment.  After plaintiff signed and mailed his motion, he was served with defendant Oleachea's May 30, 2020 motion for summary judgment.  By order filed May 26, 2020, this court set a deadline of June 26, 2020 for plaintiff to file and serve his oppositions to both motions.  ECF No. 88.  Good cause appearing, particularly involving plaintiff's limited access to the prison law library due to the ongoing COVID-19 health crisis, plaintiff will be granted additional time to respond to both motions for summary judgment.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion for extended time, ECF No. 90, is granted; and

////

////

////

2. Plaintiff shall, on or before Friday, July 31, 2020, file and serve his oppositions to the motions for summary judgment filed by the respective defendants; defendants' replies, if any, shall be filed within fourteen days thereafter.

DATED: June 3, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE