UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>D. OLEACHEA, et al.,<br><br>    Defendants. | No. 2:15-cv-2372 KJM AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 8, 2021, the court received a letter from plaintiff. ECF No. 115. In it, plaintiff states that he did not receive a copy of the objections filed by defendant Oleachea on November 20, 2020. See ECF Nos. 111, 115. As a result, plaintiff has requested that the court send him a copy of that filing. See ECF No. 115.

    Based on plaintiff's letter, it appears that counsel for defendant Oleachea may not have served plaintiff with a copy of defendant's objections. In any case, the court will direct counsel for defendant Oleachea to provide plaintiff with a copy of the objections.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within seven days of this order, counsel for defendant Oleachea shall serve plaintiff with a copy of the objections that defendant Oleachea filed in this court on November 20, 2020 (see ECF No. 111).

DATED: February 23, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE