UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. OLEACHEA, et al. | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983. The case has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's motion for sanctions against defendant Oleachea. ECF No. 118. For the reasons stated below, the court will deny the motion as moot.

On February 24, 2021, the court ordered counsel for defendant Oleachea to serve plaintiff with a courtesy copy of the Objections to Findings and Recommendations that Oleachea had filed on November 20, 2020, and to do so within seven days. See ECF No. 116. On March 22, 2021, plaintiff filed the instant motion for sanctions, alleging that defendant had not complied with the order. ECF No. 118.

Since then, plaintiff has filed his objections to the November 2020 Oleachea objections. ECF No. 119. This indicates to the court that plaintiff has received Oleachea's objections. As a

1

result, plaintiff's instant motion to sanction Oleachea and/or his counsel is moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (ECF No. 118) is DENIED as moot.

DATED: May 4, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE