UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Dixon,<br><br>    Plaintiff,<br><br> v.<br><br>D. Oleachea, et al.,<br><br>    Defendants. | No. 2:15-cv-2372 KJM AC P<br><br>ORDER APPOINTING COUNSEL |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted.  Chijioke O. Ikonte has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

  Accordingly, Chijioke O. Ikonte is appointed as plaintiff's counsel in the above entitled matter.

  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

  The Clerk of the Court is directed to serve a copy of this order on Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010.

  IT IS SO ORDERED

DATE:  July 23, 2021.

                [signature]

              CHIEF UNITED STATES DISTRICT JUDGE