UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Dixon,<br><br>              Plaintiff,<br><br>      v.<br><br>D. Oleachea, et al.,<br><br>              Defendants. | No. 2:15-cv-02372-KJM-AC<br><br>ORDER |

Plaintiff Nathaniel Dixon moves to reopen discovery and reset the final pretrial conference, which is currently set for November 19, 2021.  ECF No. 125.  The motion notices a hearing for October 29, 2021.  *See id.*  The hearing is **vacated and reset** for November 19, 2021.  Opposition and reply deadlines are **reset accordingly**, as provided by Local Rule 230.  The parties are **directed to meet and confer** in good faith with the goal of reaching an agreement that would moot the motion at ECF No. 125.  The parties shall exhaust their efforts to meet and confer and file a joint report on those efforts **by October 29, 2021**.

       IT IS SO ORDERED.

  DATED: October 13, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1