UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. OLEACHEA, et al., | |
| Defendants. | |

     Plaintiff, a former state prisoner proceeding in forma pauperis, is represented by counsel. He has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     Before this court is plaintiff's pro se request for copies (ECF No. 133).  Plaintiff is informed that in forma pauperis status is limited to the manner in which filing fees, if any, are paid.  The status does not provide for expenditure of public funds to cover expenses such as copies of court documents, witness costs, etc.  See generally 28 U.S.C. § 1915(f); see also Porter v. Dep't of Treasury, 564 F.3d 176 n.3 (3rd Cir. 2009); ECF No. 68 at 4.  Plaintiff's request should be directed to his lawyer.

     Plaintiff is further informed that because he is represented by counsel, only counsel should be filing documents and communicating with the court.  **Future pro se filings will be**

**disregarded.**

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for documents (ECF No. 133) is DENIED.

DATED: May 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE