UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-2372 DAD AC P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| D. OLEACHEA, et al., | |
| Defendants. | |

On December 6, 2022, a settlement conference was held in this case, and the case settled. ECF No. 144. All pending dates were vacated, and the parties were ordered to file dispositional documents within thirty days. Id.

More than thirty days have passed, and the parties have filed neither dispositional documents nor a request for an extension of time to do so. Accordingly, counsel for the parties will be ordered to show cause in writing, within ten days, why they should not be sanctioned for failure to obey a court order. See Fed. R. Civ. P. 16(f)(1)(C); E.D. Cal. Local Rule 110. The filing of dispositional documents within the ten day period will discharge this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days from the date of this order, counsel for the parties shall show cause in writing why they should not be sanctioned for failure to timely file dispositional documents;

////

2. The filing of dispositional documents within ten days from the date of this order shall serve to discharge this order to show cause.

DATED: January 31, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE