UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Nathaniel Dixon,<br>    Plaintiff,<br>vs.<br>D. Oleachea, et al.,<br>    Defendants | Case No.: 2:15-cv-2372 KJM AC P<br>ORDER |

Defendant has filed a request for an extension of time to file dispositional documents and to continue the court's order to show cause. Plaintiff does not oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time and to continue the court's order to show cause (ECF No. 150) is GRANTED.
2. Within thirty days from the date of this order, the parties shall show cause in writing why they should not be sanctioned for failure to timely file dispositional documents. The filing of dispositional documents within thirty days from the date of this order shall serve to discharge this order to show cause.

If additional time to file the showing of cause or the dispositional documents is needed, counsel for either party may file for an extension of time.

DATED:  April 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE