UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DIXON, | No. 2:15-cv-02372 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| D. OLEACHEA, et al., | |
| Defendants. | |

Plaintiff is proceeding through counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 6, 2022, the parties to this case reached a verbal settlement. The parties were ordered to file dispositional documents within 30 days. ECF No. 144. On January 31, 2023, this court ordered the parties to show cause why they should not be sanctioned for failing to timely file the dispositional documents as ordered. See ECF Nos. 145 at 1 (citing Fed. R. Civ. P. 16(f)(1)(C); E.D. Cal. Local Rule 110). Rather than complying with the show cause order, the parties requested multiple extensions of time which the court granted. ECF Nos. 146-151. The extended deadline to file the dispositional documents in this case expired on May 25, 2023. See ECF No. 151. A review of the docket indicates that the parties have not filed the dispositional documents as ordered or otherwise responded to the order to show cause.

The court hereby imposes monetary sanctions on counsel of record for plaintiff and defendant in accordance with Local Rule 110 based on their failure to comply with the court's

1

January 31, 2023 order.  See also Chambers v. NASCO, Inc., 501 U.S. 32, 43-44 (1991) (recognizing the inherent power of the federal courts to impose sanctions); 28 U.S.C. § 1927 (allowing costs to be assessed personally to any attorney who "so multiplies the proceedings in any case unreasonably and vexatiously…."). A fine of $500 each is ordered to be paid by Chijioke Ikonte, Esq. and Kelly Savage Day, Esq.  The sanctions are to be paid by counsel personally and shall not be charged to their clients.

The court will stay this order imposing monetary sanctions for a period of 14 days to allow the parties to file the necessary dispositional documents.  If the dispositional documents are filed within this 14 day period, the court will vacate this order and close this case based on the settlement reached.  In the event that counsel fail to comply, the court will issue an order requiring the monetary sanctions to be paid within a specified time and will consider imposing further sanctions, including the termination of this case for the repeated failure to comply with the court's orders.

Accordingly, IT IS HEREBY ORDERED that:

1. Monetary sanctions in the amount of $500 each is imposed against Chijioke Ikonte, Esq. and Kelly Savage Day, Esq. for failing to comply with the court's January 31, 2023 order to show cause.
2. This order is stayed for a period of 14 days to allow the parties to file the necessary dispositional documents ordered on December 6, 2022.

DATED: October 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE